**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 24-1223**

───────────

PATRICIA MITCHELL,

         Plaintiff - Appellant,

    v.

BOOZ ALLEN HAMILTON,

         Defendant - Appellee.

───────────

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Patricia Tolliver Giles, District Judge. (1:23-cv-00653-PTG-LRV)

───────────

Submitted: May 15, 2025                            Decided: May 19, 2025

───────────

Before NIEMEYER and HEYTENS, Circuit Judges, and KEENAN, Senior Circuit Judge.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Patricia Mitchell, Appellant Pro Se. Barbara Louise Johnson, POTTER & MURDOCK, PC, Falls Church, Virginia, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Patricia Mitchell appeals the district court's order granting Booz Allen Hamilton's Fed. R. Civ. P. 12(b)(6) motion to dismiss Mitchell's third amended complaint filed pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e to 2000e-17. On appeal, Mitchell contests only the district court's dismissal of her retaliation claim.

Limiting our review of the record to the claims Mitchell raises on appeal, *see* 4th Cir. R. 34(b); *Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014), and finding no reversible error, we affirm the decision of the district court. *Mitchell v. Booz Allen Hamilton*, No. 1:23-cv-00653-PTG-LRV (E.D. Va. Mar. 7, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*